UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 18-10209-VFP |
| Francis William Masters & Anne Marie Masters, | Chapter: | 7 |
| Debtor(s) | Judge: | Papalia |

## NOTICE OF PROPOSED ABANDONMENT

___Barbara A. Edwards___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court, DNJ<br>PO Box 1352<br>Newark, NJ 07101-1352 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ___Vincent F. Papalia___ on ___5/8/18___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___3B___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real property located at 9 Meadow Lane, Fredon, NJ.<br>Fair Market Value: $358,000.00 |
|---|---|

| Liens on property: | Subject to mortgage held by Mr. Cooper/NationStar Mortgage in the approximate amount of $351,892.53. |
|---|---|

| Amount of equity claimed as exempt: | $6,107.47 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    /s/ Barbara A. Edwards, Interim Trustee
Address:    Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410
Telephone No.: 201-796-3100

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Francis William Masters
Anne Marie Masters
    Debtors

Case No. 18-10209-VFP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2        Date Rcvd: Apr 03, 2018
                       Form ID: pdf905    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2018.
```
db/jdb         +Francis William Masters,    Anne Marie Masters,    9 Meadow Lane,    Fredon, NJ 07860-5367
cr             +Nationstar Mortgage LLC,    Robertson Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                 Boca Raton,, FL  33487,    UNITED STATES 33487-2853
517262889     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: American Honda Finance,    201 Little Falls Drive,
                 Wilmington, DE 19808)
517262888      +American Express,    PO BOx 981537,    El Paso, TX 79998-1537
517262890      +American Legion Post 724,    Lauer & Fulmer, PC,    ATTN: Philip D. Lauer, Esq.,
                 701 Washington Street,    Easton, PA 18042-4373
517262891     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
517262892      +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
517262893      +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
517262894      +Citi Cards,    PO Box 6241,    Sioux Falls, SD 57117-6241
517262895      +Continental Bank,    Bradley R. Jones, P.C.,    15 West South Temple, Suite 300,
                 Salt Lake City, UT 84101-1542
517262898      +Home Depot Credit Services,    PO Box 6497,    Sioux Falls, SD 57117-6497
517262899      +Howdy's Wholesale Signs,    169 Water Street,    Dillsburg, PA 17019-9737
517262901       Mr. Cooper / NationStar Mortgage,    8950 Cypress Waters Blvd,    Dallas, TX 75063
517262902      +Nisivoccia LLP,    200 Valley Road,    Suite 300,    Mount Arlington, NJ 07856-1320
517262903      +PPL Electric Utilities,    2 North Ninth Street CPC-Genn-1,    Allentown, PA 18101-1179
517262904       Remex Revenue Management,    307 Wall Street,    Princeton, NJ 08540-1515
517262906      +UGI Utilities Inc,    PO Box 15523,    Wilmington, DE 19850-5523
517262907      +US Dept of Education,    PO Box 7859,    Madison, WI 53707-7859
517262908      +Verizon,    PO Box 15124,    Albany, NY 12212-5124
517262909       Yellow Pages United,    PO Box 50038,    Jacksonville, FL 32240-0038
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2018 23:35:07     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2018 23:35:05     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 03 2018 23:35:14     American Honda Financa Corp.,
                 P.O. Box 168088,    Irving, TX  75016-8088
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2018 23:33:39
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517262896       E-mail/Text: mrdiscen@discover.com Apr 03 2018 23:34:24     Discover,    PO Box 15316,
                 Wilmington, DE 19850
517262897      +E-mail/Text: info@ebcs-solutions.com Apr 03 2018 23:34:55     EBCS,    PO Box 5125,
                 Timonium, MD 21094-5125
517262905      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2018 23:33:39     SYNCB/ Amazon,    PO Box 965015,
                 Orlando, FL 32896-5015
517264479      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2018 23:33:06     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517262908      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 03 2018 23:34:19
                 Verizon,    PO Box 15124,    Albany, NY 12212-5124
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517262900       Indeed.com
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                                  Signature:  /s/Joseph Speetjens

```
District/off: 0312-2              User: admin                    Page 2 of 2                   Date Rcvd: Apr 03, 2018
                                  Form ID: pdf905                Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2018 at the address(es) listed below:
              Barbara    Edwards     on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara    Edwards     bedwardstrustee@aol.com,  NJ48@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael L. Wojcik    on behalf of Joint Debtor Anne Marie Masters mlwojcik@embarqmail.com
              Michael L. Wojcik    on behalf of Debtor Francis William Masters mlwojcik@embarqmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 7
```