**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Francis William Masters<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9190<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Anne Marie Masters<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5724<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–10209–VFP

## Order of Discharge                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Francis William Masters                    Anne Marie Masters
dba Trimast Designs LLC                    dba Trimast Designs LLC

4/6/18                                     **By the court:**   Vincent F. Papalia
                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-10209-VFP
Francis William Masters                                               Chapter 7
Anne Marie Masters
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Apr 06, 2018
                              Form ID: 318             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2018.
```
db/jdb         +Francis William Masters,    Anne Marie Masters,    9 Meadow Lane,    Fredon, NJ 07860-5367
cr             +Nationstar Mortgage LLC,    Robertson Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                 Boca Raton, FL  33487,    UNITED STATES 33487-2853
517262889     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: American Honda Finance,    201 Little Falls Drive,
                 Wilmington, DE 19808)
517262890      +American Legion Post 724,    Lauer & Fulmer, PC,    ATTN: Philip D. Lauer, Esq.,
                 701 Washington Street,    Easton, PA 18042-4373
517262895      +Continental Bank,    Bradley R. Jones, P.C.,    15 West South Temple, Suite 300,
                 Salt Lake City, UT 84101-1542
517262899      +Howdy's Wholesale Signs,    169 Water Street,    Dillsburg, PA 17019-9737
517262901       Mr. Cooper / NationStar Mortgage,    8950 Cypress Waters Blvd,    Dallas, TX 75063
517262902      +Nisivoccia LLP,    200 Valley Road,    Suite 300,    Mount Arlington, NJ 07856-1320
517262903      +PPL Electric Utilities,    2 North Ninth Street CPC-Genn-1,    Allentown, PA 18101-1179
517262904       Remex Revenue Management,    307 Wall Street,    Princeton, NJ 08540-1515
517262906      +UGI Utilities Inc,    PO Box 15523,    Wilmington, DE 19850-5523
517262907      +US Dept of Education,    PO Box 7859,    Madison, WI 53707-7859
517262909       Yellow Pages United,    PO Box 50038,    Jacksonville, FL 32240-0038
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 06 2018 22:45:35      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 06 2018 22:45:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: HNDA.COM Apr 07 2018 02:28:00      American Honda Financa Corp.,    P.O. Box 168088,
                 Irving, TX  75016-8088
cr             +EDI: RMSC.COM Apr 07 2018 02:28:00      Synchrony Bank, c/o PRA Receivables Management, LL,
                 POB 41021,   Norfolk, VA 23541-1021
517262888      +EDI: AMEREXPR.COM Apr 07 2018 02:28:00      American Express,    PO BOx 981537,
                 El Paso, TX 79998-1537
517262891       EDI: BANKAMER.COM Apr 07 2018 02:28:00      Bank of America,    PO Box 982238,
                 El Paso, TX 79998
517262892      +EDI: CAPITALONE.COM Apr 07 2018 02:28:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517262893      +EDI: CHASE.COM Apr 07 2018 02:28:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
517262894      +EDI: CITICORP.COM Apr 07 2018 02:28:00      Citi Cards,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
517262896       EDI: DISCOVER.COM Apr 07 2018 02:28:00      Discover,    PO Box 15316,    Wilmington, DE 19850
517262897      +E-mail/Text: info@ebcs-solutions.com Apr 06 2018 22:45:18      EBCS,    PO Box 5125,
                 Timonium, MD 21094-5125
517262898      +EDI: CITICORP.COM Apr 07 2018 02:28:00      Home Depot Credit Services,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
517262905      +EDI: RMSC.COM Apr 07 2018 02:28:00      SYNCB/ Amazon,    PO Box 965015,    Orlando, FL 32896-5015
517264479      +EDI: RMSC.COM Apr 07 2018 02:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517262908      +EDI: VERIZONCOMB.COM Apr 07 2018 02:28:00      Verizon,    PO Box 15124,    Albany, NY 12212-5124
                                                                                               TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517262900       Indeed.com
                                                                                 TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Apr 06, 2018
                              Form ID: 318             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2018 at the address(es) listed below:
          Barbara    Edwards     on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
           NJ48@ecfcbis.com
          Barbara    Edwards    bedwardstrustee@aol.com,  NJ48@ecfcbis.com
          Kevin Gordon McDonald    on behalf of Creditor   Nationstar Mortgage LLC kmcdonald@blankrome.com,
           bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor   Nationstar Mortgage LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Michael L. Wojcik    on behalf of Joint Debtor Anne Marie Masters mlwojcik@embarqmail.com
          Michael L. Wojcik    on behalf of Debtor Francis William Masters mlwojcik@embarqmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```